**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| GARDNER WEAVER,<br>AIS 228713, | : | |
| | : | |
| Petitioner, | : | |
| vs. | : | CA 10-0598-CB-C |
| DEBORAH TONEY, | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the supplemental recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 8, 2011, is **ADOPTED** as the opinion of this Court.

**DONE** this 4th day of March , 2011.

s/*Charles R. Butler, Jr.*
**SENIOR UNITED STATES DISTRICT JUDGE**